# EXHIBIT D

| | |
|---|---|
| **Superior Court of the State of California**<br>**County of Marin**<br>3501 Civic Center Dr<br>PO Box 4988<br>San Rafael, CA 94913-4988 | *FOR COURT USE ONLY*<br>**ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Marin<br>**05/08/2025**<br>James M. Kim, Clerk of the Court<br>J. Chen, Deputy |
| Joshua Foley vs. Gravy Analytics, Inc. et al | |
| **Notice – Case Management Conference – GC68600** | **Case Number:** CV0006161 |

Pursuant to Local Rule (LR) 2.3, the Plaintiff(s) must serve the following documents together with the complaint on all Defendant(s):

- Notice – Case Management Conference (a copy of this notice)
- Case Management Statement (Judicial Council Form CM-110)
- Notice of Settlement of Entire Case (Judicial Council Form CM-200)
- Alternative Dispute Resolution Informational Notice (CV006)

1. The parties/counsel to this action shall comply with the filing and service deadlines in LR 2.5 and CRC3.110.
2. All parties must appear for:
   **Case Management Conference** on **September 25, 2025** at **9:00 am** in **Courtroom A**.
3. The parties must be familiar with the case and be fully prepared to discuss the suitability of the case for binding or non-binding arbitration, mediation, or neutral case evaluation. Counsel must discuss ADR options with their clients prior to attending the Case Management Conference (CMC) and should be prepared to discuss with the Court their authority to participate in ADR.
4. CMC Statements must be filed with the Court and served on all parties <u>at least 15 calendar days</u> before the CMC. **(Late filing may result in the issuance of sanctions.)**

I am over the age of 18 years and not a party to the above action. My business address is 3501 Civic Center Dr, San Rafael, CA 94913. On May 8, 2025, I served this **Notice – Case Management Conference** on the interested parties in said action to the addresses indicated below:

**Philip L. Fraietta**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019

Mailed CCP1013(a)

I declare under penalty of perjury, that the foregoing is true and correct.

Executed at San Rafael, California
On: **May 8, 2025**

**James M. Kim,**
**Clerk of the Court and Executive Officer**
Superior Court of the State of California,
County of Marin
By: J. Chen, Deputy Clerk