# EXHIBIT E

| Superior Court of the State of California<br>County of Marin<br>3501 Civic Center Dr<br>PO Box 4988<br>San Rafael, CA 94913-4988 | FOR COURT USE ONLY<br>**ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Marin<br>**05/08/2025**<br>James M. Kim, Clerk of the Court<br>J. Chen, Deputy |
|---|---|
| Joshua Foley vs. Gravy Analytics, Inc. et al | |
| **Notice – Judicial Assignment** | Case Number: CV0006161 |

**To All Parties and their Attorneys of Record:**

This case has been assigned to **Judge Stephen P. Freccero** for all purposes. All future hearings will be scheduled before this assigned Judge in **Courtroom A**.

**Notice**: This assignment for all purposes must be provided to all non-appearing parties by the moving party.

---

I am over the age of 18 years and not a party to the action above. My business address is 3501 Civic Center Dr, San Rafael, CA 94913. On May 8, 2025, I served this **Notice – Judicial Assignment** on the interested parties in said action to the addresses indicated below:

**Philip L. Fraietta**
pfraietta@bursor.com

Electronically Served CCP1013(g)

I declare under penalty of perjury, that the foregoing is true and correct.

**James M. Kim**
**Clerk of the Court and Executive Officer**
Superior Court of the State of California
County of Marin
By: J. Chen, Deputy Clerk

Executed at San Rafael, California
On: May 8, 2025