**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
Andrew J. Obergfell (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
        aobergfell@bursor.com
        mgirardi@bursor.com
        jdiamond@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FOLEY, on behalf of himself and all others similarly situated, | Case No.  3:25-cv-04811-RFL |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO GRAVY ANALYTICS, INC., GAMELOFT, INC., AND GAMELOFT SE ONLY** |
| v. | |
| GRAVY ANALYTICS, INC., GAMELOFT, INC., and GAMELOFT SE, and IMANGI STUDIOS, LLC, | |
| Defendants. | |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:25-cv-04811-RFL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joshua Foley hereby dismisses all claims in this action without prejudice as to Gravy Analytics, Inc., Gameloft, Inc., and Gameloft SE only.  None of the referenced Defendants have served an Answer to the Plaintiff's Complaint, nor have they served a motion for summary judgment.  Accordingly, the action may be dismissed without a court order as to the referenced Defendants.  This Notice **does not** apply to Defendant Imangi Studios, LLC, which will remain a Defendant in the case.

Dated:  July 23, 2025

Respectfully Submitted,

**BURSOR & FISHER, P.A.**

By:    */s/ Philip L. Fraietta*
         Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
Andrew J. Obergfell*
Matthew A. Girardi*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
         aobergfell@bursor.com
         mgirardi@bursor.com
         jdiamond@bursor.com

*Attorneys for Plaintiff*

**pro hac vice forthcoming*