**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
Andrew J. Obergfell (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
        aobergfell@bursor.com
        mgirardi@bursor.com
        jdiamond@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FOLEY, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>IMANGI STUDIOS, LLC,<br><br><br>                        Defendant. | Case No.  3:25-cv-04811-RFL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO IMANGI STUDIOS, LLC** |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
CASE NO. 3:25-cv-04811-RFL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joshua Foley hereby dismisses all claims in this action without prejudice as to Imangi Studios, LLC.  Imangi Studios, LLC has not served an Answer to the Plaintiff's Complaint, nor has it served a motion for summary judgment.  Accordingly, the action may be dismissed without a court order.

Dated:  October 16, 2025

Respectfully Submitted,

**BURSOR & FISHER, P.A.**

By: _____*/s/ Philip L. Fraietta*_____
                Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
Andrew J. Obergfell (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
            aobergfell@bursor.com
            mgirardi@bursor.com
            jdiamond@bursor.com

*Attorneys for Plaintiff*